

7/08/16 10:17AM

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

DANIEL MAJOR EDSTROM, Sr.

)
)
)
)            Case No.
)
)
Debtor(s).    )
)

FILED
JUL 8 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

16-24451

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    July 8, 2016

/s/ DANIEL MAJOR EDSTROM, Sr.
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
**Mailing Address:**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Physical Address:**
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 7/15/14)

EDSTROM, Sr., DANIEL - - Pg. 1 of 2

1 Lifestyle Fitness
11800 Enterprise Drive
Auburn, CA 95603


Auburn Lake Trails POA
1400 American River Trail
Cool, CA 95614


Barrett Daffin Frapper Treder & Weiss
15000 Surveyor Blvd Suite 500
Addison, TX 75001-9013


Capital One
P O Box 30285
Salt Lake City, UT 84130-0285


Comenity Bank
P O Box 182125
Att Bankruptcy Dept
Columbus, OH 43218-2125


CreditOne Bank
P O Box 98873
Las Vegas, NV 89193-8873


IRS
Internal Revenue Service
Fresno, CA 93888


Jan van Eck
P O Box 33
Centerbrook, CT 06409


Kevin Saitta
25739 SE 36th Place
Issaquah, WA 98029


Mastech, Inc.
1000 Commerce Drive, Suite 500
Pittsburgh, PA 15275


Merrick Bank
P O Box 9201
Customer Service
Old Bethpage, NY 11804-9001

EDSTROM, Sr., DANIEL - - Pg. 2 of 2

>Myron Corporation
>205 Maywood Ave
>Maywood, NJ 07607

>Myron Corporation
>P O Box 660888
>Dallas, TX 75266-0888

>State Farm General Life Insurance
>900 Old River Road
>Bakersfield, CA 93311-6000

>Teri Anne Edstrom
>2690 Brown Bear Court
>Cool, CA 95614