

DANIEL MAJOR EDSTROM SR.
2690 Brown Bear Court
Cool, CA 95614
Ph.: (916) 207-6706
E-mail: dmedstrom@hotmail.com

Debtor-in-possession

FILED
JUL - 8 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

DANIEL MAJOR EDSTROM SR.,

Debtor in Possession

) CASE NO. 2016- 24451-B-11
) DC No. DME-1
)
) Date: 8-30-2016
) Time: 2:30pm
) Courtroom No.: 32
) Judge: Hon. Christopher D. Jaime
)
)
) United States Courthouse
) 501 I Street, 6th Floor
) Sacramento, CA 95814
)

## NOTICE OF HEARING ON THE ADEQUACY OF DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM SR. DATED AND FILED JULY 8, 2016

NOTICE IS HEARBY GIVEN that DANIEL MAJOR EDSTROM SR., the Chapter 11 Debtor and Debtor-in-possession in the above-captioned case (the "Debtor") has filed his Disclosure Statement of Daniel Major Edstrom Sr. Dated and Filed July 8, 2016 ("disclosure statement") and Plan of Reorganization Dated and Filed July 8, 2016 ("plan") pursuant to Rule 3016 of the Federal Rules of Bankruptcy Procedure.

NOTICE IS FURTHER GIVEN that a hearing on the adequacy of the disclosure statement shall be conducted on __8-30__, 2016 at __2:30__ a.m. / p.m., or as soon

1
Disclosure Statement – Notice of Hearing
In re Daniel Major Edstrom Sr.; Case No. 2016-

1  thereafter as the matter may be heard in Department __B__ (Courtroom __32__, 6th Floor) of the
2  above-entitled Court, located at 501 I Street, Sacramento, California, before the Honorable
3  __Christopher D. Jaime__, United States Bankruptcy Judge.
4      The plan and disclosure statement may be obtained by sending a written request to the
5  undersigned either via mail, or e-mail. The Debtor asks that you provide an e-mail address with
6  your request so that the plan and disclosure statement may be transmitted to you by e-mail.
7      Your rights may be affected by the granting of the requested relief. You should read all
8  papers carefully and discuss them with your attorney, if you have one. If you do not have an
9  attorney, you may wish to consult one.
10      NOTICE IS FURTHER GIVEN that if you do not want the Court to approve the dis-
11  closure statement, or if you want the Court to consider your views on the disclosure statement,
12  then you or your attorney must file and serve a written objection not less than fourteen (14)
13  calendar days before the date set for hearing and appear at the hearing at the place and time
14  referenced in the caption above. Such written objection must be filed with the Bankruptcy
15  Court and served on the undersigned at the addresses below:

16      U.S. Bankruptcy Court           Daniel Major Edstrom
17      501 I Street, 3rd Floor, Suite 3-200   2690 Brown Bear Court
    Sacramento, CA 95814            Cool, CA 95614

18      The last date for filing and serving objections to approval of the disclosure statement
19  shall be not less than fourteen (14) calendar days before the hearing on approval of the disclo-
20  sure statement.
21      The last date for filing and serving a reply, if any, to an objection to approval of the
22  disclosure statement shall be not less than seven (7) calendar days before the hearing on ap-
23  proval of the disclosure statement.
24      NOTICE IS FURTHER GIVEN that any opposition must specify whether the respond-
25  ing party consents to the Court's resolution of disputed material factual issues pursuant to
26  F.R.Civ.P. 43(e) as made applicable to F.R.Bankr.P. 9017. If the party opposing the relief re-
27  quested herein does not so consent, the opposition shall include a separate statement identify-
28

ing each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to timely comply with the foregoing disclosure requirements may be deemed a consent by the objecting party to the Court's resolution of disputed material factual issues pursuant to F.R.Civ.P. 43(e).

A failure to file a timely written objection may result in the disclosure statement being approved without oral argument and the striking of untimely written opposition. Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling. Interested persons can ascertain which matters have been removed from calendar and can view tentative rulings by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.

NOTICE IS FURTHER GIVEN that you or your attorney must take all steps referenced above and appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the approval of the disclosure statement, remove the matter from the calendar and resolve it, including granting the requested relief, without oral argument.

DATED: July 8, 2016

By: *Daniel Major Edstrom Sr.*
Daniel Major Edstrom Sr.,
Debtor-in-Possession