FILED

JUL - 8 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
**DANIEL MAJOR EDSTROM SR.**
2   2690 Brown Bear Court
    Cool, CA 95614
3   Ph.: (916) 207-6706
    E-mail: dmedstrom@hotmail.com
4
    Debtor-in-possession
5

6

7

8                **UNITED STATES BANKRUPTCY COURT**
9
             **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
                     **SACRAMENTO DIVISION**
11

12  In re:                          ) CASE NO. 2016- 24451-B-11
                                     ) DC No. DME-1
13                                   )
         DANIEL MAJOR EDSTROM SR.,   ) Date:  8-30-2016
14                                   ) Time:  2:30pm
             Debtor in Possession    ) Courtroom No.: 32
15                                   ) Judge: Hon. Christopher D. Jaime
                                     )
16                                   ) United States Courthouse
17                                   ) 501 I Street, 6th Floor
                                     ) Sacramento, CA 95814
18                                   )

19          **REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO DISCLOSURE**
            **STATEMENT OF DANIEL MAJOR EDSTROM SR.**
20               **DATED AND FILED JULY 8, 2016**
21

22       Debtor-In-Possession DANIEL MAJOR EDSTROM ("Debtor") hereby requests the

23  Court to take judicial notice of the following documents, each as an Exhibit to Debtor's Disclo-

24  sure Statement of Daniel Major Edstrom Sr. dated and filed July 8, 2016, and each of which is

25  also attached hereto as described below and incorporated herein by reference:

26  ///

27  ///

28
                                        1
                    Disclosure Statement – Request for Judicial Notice
                    In re Daniel Major Edstrom Sr.; Case No. 2016-

| EXHIBIT | DOCUMENT | BEGIN PAGE |
|---------|----------|------------|
| 1 | Debtors' Proposed Plan of Reorganization | 3 |
| 2 | Proposed Ballot for Accepting or Rejecting Debtor's Plan of Reorganization | 25 |
| 3 | Debtors' Pro Forma Projections (2016 - 2021) | 29 |

This request for judicial notice is made pursuant to Federal Rule of Evidence § 201, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure § 9017.

DATED:  July 8, 2016

By:_____

Daniel Major Edstrom Sr.,
Debtor-in-Possession

Disclosure Statement – Request for Judicial Notice
In re Daniel Major Edstrom Sr.; Case No. 2016-