

FILED

JUL - 8 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  **DANIEL MAJOR EDSTROM SR.**
2  2690 Brown Bear Court
   Cool, CA 95614
3  Ph.: (916) 207-6706
   E-mail: dmedstrom@hotmail.com
4
5  Debtor-in-possession

8              UNITED STATES BANKRUPTCY COURT
9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10                    SACRAMENTO DIVISION

12  In re:                              ) CASE NO. 2016- 24451-B-11
                                        ) DC No. DME-1
13                                      )
       DANIEL MAJOR EDSTROM SR.,        ) Date: 8-30-2016
14                                      ) Time: 2:30 pm
       Debtor in Possession             ) Courtroom No.: 32
15                                      ) Judge: Hon. Christopher D. Jaime
                                        )
16                                      )
                                        ) United States Courthouse
17                                      ) 501 I Street, 6th Floor
                                        ) Sacramento, CA 95814
18                                      )

19                      **DECLARATION OF SERVICE**

20  Case Name and Number:

21     In re DANIEL MAJOR EDSTROM, SR. Case No. 2016-

22  I, RICHARD ENSMINGER, declare:

23  I am not a party to this action, and my employment address is: General Delivery
24  Fair Oaks, CA 95628

25  ///
26  ///
27  ///
28
                                    1
          Disclosure Statement – Notice of Hearing – Proof of Service
              In re Daniel Major Edstrom Sr.; Case No. 2016-

On July 8, 2016, I served:

1. **NOTICE OF HEARING ON THE ADEQUACY OF DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016.**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

**XXX**   (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

*SEE ATTACHED EXHIBIT OF ADDRESSES*

_____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

I, RICHARD ENSMINGER, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 8, 2016

By: /s/ Richard Ensminger
Richard Ensminger, Declarant

2
Disclosure Statement – Notice of Hearing – Proof of Service
In re Daniel Major Edstrom Sr.; Case No. 2016-

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

1 Lifestyle Fitness
11800 Enterprise Drive
Auburn, CA 95603

Auburn Lake Trails POA
1400 American River Trail
Cool, CA 95614

Barrett Daffin Frapper Treder & Weiss
15000 Surveyor Blvd Suite 500
Addison, TX 75001-9013

Capital One
P O Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank
P O Box 182125
Att Bankruptcy Dept
Columbus, OH 43218-2125

CreditOne Bank
P O Box 98873
Las Vegas, NV 89193-8873

IRS
Internal Revenue Service
Fresno, CA 93888

Jan van Eck
P O Box 33
Centerbrook, CT 06409

Kevin Saitta
25739 SE 36th Place
Issaquah, WA 98029

Mastech, Inc.
1000 Commerce Drive, Suite 500
Pittsburgh, PA 15275

Merrick Bank
P O Box 9201
Customer Service
Old Bethpage, NY 11804-9001

Myron Corporation
205 Maywood Ave
Maywood, NJ 07607

Myron Corporation
P O Box 660888
Dallas, TX 75266-0888

State Farm General Life Insurance
900 Old River Road
Bakersfield, CA 93311-6000

Teri Anne Edstrom
2690 Brown Bear Court
Cool, CA 95614

*Teri Edstrom*
*2690 Brown Bear Court*
*Cool, CA 95614*