Allen C. Massey – 172024
Antonia G. Darling - 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for United States Trustee,
Region 17, Tracy Hope Davis

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2016-24451-B-11 |
| DANIEL MAJOR EDSTROM SR. | DCN:  UST-1 |
| Debtors. | |
| _____/ | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Allen C. Massey, Attorney for the Office of the United States Trustee, party in interest in the above-captioned Chapter 11 case, hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b).  Pursuant to Bankruptcy Rules 2002, 3017 and 9007, the United States Trustee hereby requests that special notice of all matters, which may come before the Court, be given as follows:

> Allen C. Massey
> Attorney for United States Trustee
> 501 I Street, Suite 7-500
> Sacramento, CA 95814
> (916) 930-2081

**and by e-mail to**:          Al.C.Massey@usdoj.gov

The foregoing request includes the notices, papers and the Disclosure Statement referred to in Bankruptcy Rules 2002, 3017 and 9007, and also includes without limitation, notices of any orders, applications, sales or real or personal property, complaints, demands, hearings, motions, petitions, pleadings or requests, plans and any other documents brought before the Court in this

case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraphs, telex or otherwise.

Dated: July 11, 2016

    /s/ Allen C. Massey
ALLEN C. MASSEY
Attorney for United States Trustee
E-filer: al.c.massey@usdoj.gov