

FILED PDES

JUL 1 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  **DANIEL MAJOR EDSTROM SR.**
2  2690 Brown Bear Court
   Cool, CA 95614
3  Ph.: (916) 207-6706
   E-mail: dmedstrom@hotmail.com
4
5  Debtor-in-possession

8              UNITED STATES BANKRUPTCY COURT

9        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

12  In re:                    ) CASE NO. 16-24451-B-11
                              ) DC No. DME-1
13                            )
       DANIEL MAJOR EDSTROM SR., ) Date: August 30, 2016
14                            ) Time: 2:30 p.m.
       Debtor in Possession   ) Courtroom No.: 32
15                            ) Judge: Hon. Christopher D. Jaime
                              )
16                            )
                              ) United States Courthouse
17                            ) 501 I Street, 6th Floor
                              ) Sacramento, CA 95814
18                            )

19                    **DECLARATION OF SERVICE**

20  Case Name and Number:

21     In re DANIEL MAJOR EDSTROM, SR. Case No. 16-24451-B-11

22  I, RICHARD ENSMINGER, declare:

23  I am not a party to this action, and my employment address is: General Delivery, Fair Oaks,

24  CA 95628

25  ///
26  ///
27  ///
28

1
Disclosure Statement – Notice of Hearing – Proof of Service
In re Daniel Major Edstrom Sr.; Case No. 16-24451-B-11

On July 12, 2016, I served:

1. **PLAN OF REORGANIZATION OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016**

2. **DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016**

3. **NOTICE OF HEARING ON THE ADEQUACY OF DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016.**

4. **REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016**

5. **AMENDED REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO DISCLOSURE STATEMENT OF DANIEL MAJOR EDSTROM, SR. DATED AND FILED JULY 8, 2016**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

__XXX__ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Allen C. Massey
Attorney for United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

_____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

__XXX__ (BY ELECTRONIC MAIL DELIVERY [E-MAIL]) I caused each of the above document(s) to be added as attachments to an email I sent from my account with email address _bkr.svc.1624451@gmail.com_ and sent through the Internet to the following e-mail addresses:

Allen C. Massey, Attorney for United States Trustee
Al.C.Massey@usdoj.gov

1  \_\_\_\_\_ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

2

3  I, RICHARD ENSMINGER, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4  DATED: July 12, 2016

5

6  By: *[signature]*
   Richard Ensminger, Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28