```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                          Case No. 16-24451-B
Daniel Major Edstrom, Sr.                                       Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin               Page 1 of 1          Date Rcvd: Jul 13, 2016
                              Form ID: 309E             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db            +Daniel Major Edstrom, Sr.,    2690 Brown Bear Ct,    Cool, CA 95614-2413
21859515      +1 Lifestyle Fitness,    11800 Enterprise Drive,    Auburn CA 95603-3735
21859516      +Auburn Lake Trails POA,    1400 American River Trail,    Cool CA 95614-2149
21859517      +Barrett Daffin Frapper Treder Weiss,     15000 Surveyor Blvd Suite 500,    Addison TX 75001-4417
21859522      +Jan van Eck,    P O Box 33,    Centerbrook CT 06409-0033
21859523      +Kevin Saitta,    25739 SE 36th Place,    Issaquah WA 98029-5709
21859527       Myron Corporation,    P O Box 660888,    Dallas TX 75266-0888
21859526      +Myron Corporation,    205 Maywood Ave,    Maywood NJ 07607-1000
21859528       State Farm General Life Insurance,     900 Old River Road,    Bakersfield CA 93311-6000
21859529      +Teri Anne Edstrom,    2690 Brown Bear Court,    Cool CA 95614-2413
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Jul 14 2016 02:34:24     Allen C. Massey,
                501 I St #7-500,    Sacramento, CA 95814-7304
smg            EDI: EDD.COM Jul 14 2016 02:13:00      Employment Development Department,
                Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jul 14 2016 02:13:00      Franchise Tax Board,    PO Box 2952,
                Sacramento, CA  95812-2952
smg            EDI: IRS.COM Jul 14 2016 02:13:00      IRS,    PO Box 7346,    Philadelphia, PA  19101-7346
ustr          +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Jul 14 2016 02:34:24     Tracy Hope Davis,
                c/o Allen C. Massey,    501 I St #7-500,    Sacramento, CA 95814-7304
21859518       EDI: CAPITALONE.COM Jul 14 2016 02:13:00      Capital One,    PO Box 30285,
                Salt Lake City UT 84130-0285
21859519       EDI: WFNNB.COM Jul 14 2016 02:13:00      Comenity Bank,    P O Box 182125,    Att Bankruptcy Dept,
                Columbus OH 43218-2125
21859520       EDI: RCSFNBMARIN.COM Jul 14 2016 02:13:00      CreditOne Bank,    P O Box 98873,
                Las Vegas NV 89193-8873
21859525       EDI: MERRICKBANK.COM Jul 14 2016 02:13:00      Merrick Bank,    P O Box 9201,    Customer Service,
                Old Bethpage NY 11804-9001
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21859521*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: IRS,    Internal Revenue Service,    Fresno CA 93888)
21859524      ##+Mastech Inc,    1000 Commerce Drive Suite 500,    Pittsburgh PA 15275-1039
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

| | Information to identify the case: | | | |
|---|---|---|---|---|
| Debtor 1 | **Daniel Major Edstrom Sr.** | | Social Security number or ITIN | xxx–xx–1674 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | | Date case filed for chapter  11: | **7/8/16** |
| Case number: | **16–24451 – B – 11** | | | |

12/15

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Daniel Major Edstrom Sr. | |
| **2. All other names used in the last 8 years** | aka Daniel Major Edstrom | |
| **3. Address** | 2690 Brown Bear Ct<br>Cool, CA 95614 | |
| **4. Debtor's attorney**<br>Name and address | Daniel Major Edstrom Sr.<br>2690 Brown Bear Ct<br>Cool, CA 95614 | Contact phone:  916–207–6706 |
| **5. Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br><br>Phone:  (916) 930–4400<br><br>Date: 7/13/16 |
| **6. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br><br>Creditors may attend, but are not required to do so. | **August 11, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Robert T Matsui United States Courthouse,**<br>**501 I Street, Room 7–500, 7th Floor,**<br>**Sacramento, CA 95814**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting.** |

**For more information, see page 2 >**

Debtor: **Daniel Major Edstrom Sr.**                                                                  Case number:  **16–24451 – B – 11**

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>First date set for hearing on confirmation of plan. The court will send you a notice of that date later. | |
| | | **You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline for dischargeability complaints: 10/11/16** |
| | | **Deadline for filing proof of claim:**<br>  **For a governmental unit:** | **Filing Deadline: 11/9/16**<br>  **Filing Deadline: 1/4/17** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, www.caeb.uscourts.gov, or at one of the Eastern District of California divisional offices. You may also complete a paperless proof of claim online at www.caeb.uscourts.gov/ElectronicClaims.aspx.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br><br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |