UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

*In Re:*

Chapter 11
Case No. 16-24451-B-11

DANIEL MAJOR EDSTROM SR, **Debtor,**

AMERICA'S SERVICING COMPANY ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, **Creditor,**

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES**

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for AMERICA'S SERVICING COMPANY ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for AMERICA'S SERVICING COMPANY ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for AMERICA'S SERVICING COMPANY ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER                    07/19/2016
EDWARD A. TREDER
CA NO. 116307
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: EDCAECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER    07/19/2016
    EDWARD A. TREDER
    CA NO. 116307
    BARRETT DAFFIN FRAPPIER TREDER &
    WEISS, LLP
    20955 PATHFINDER ROAD SUITE 300
    DIAMOND BAR, CA 91765
    Phone: (626) 915-5714, Fax: (972) 661-7726
    E-mail: EDCAECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
DANIEL MAJOR EDSTROM SR
2690 BROWN BEAR COURT
FOLSOM, CA  95614

DANIEL MAJOR EDSTROM SR
2690 BROWN BEAR CT
FOLSOM, CA  95614

**DEBTOR'S ATTORNEY:**
PRO SE

**TRUSTEE:**
U.S. TRUSTEE (SACRAMENTO)
ROBERT T. MATSUI,US COURTHOUSE
501 I STREET, ROOM 7-500
SACRAMENTO, CA  95814