2

DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
20955 PATHFINDER ROAD
SUITE 300
DIAMOND BAR, CA 91765
Phone: (972) 341-0951, Fax: (972) 661-7725
File No. 6164255
E-mail:  EDCAECF@BDFGROUP.COM

Attorneys for Objecting Secured Creditor
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
FOR RESIDENTIAL ASSET SECURITIES CORPORATION,
HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-EMX4

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | CASE NO.: | 16-24451-B-11 |
|---|---|---|
| DANIEL MAJOR EDSTROM SR. | DCN: | DME-2 |
|  | CERTIFICATION OF SERVICE | |
|  | HEARING: | |
| Debtors. | DATE: | September 13, 2016 |
|  | TIME: | 2:30 P.M. |
|  | CTRM: | 32 |

I, Darlene C. Vigil the undersigned, whose address appears below, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this bankruptcy case or adversary proceeding.  My business address is:  20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

That on August 30, 2016, I caused to be served a true copy of the Objection to Debtor's First Amended Disclosure Statement (Dkt. #21) and Request for Judicial Notice in Support of Objection to Debtor's First Amended Disclosure Statement (Dkt. #21) on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States mail first class, postage prepaid, and/or with an overnight mail service addressed and/or by NEF notice as follows:

**BY NEF:**

**OFFICE OF THE US TRUSTEE/SC**
ustpregion17.sc.ecf@usdoj.gov

**BY US FIRST CLASS MAIL:**

**DEBTOR IN PRO SE**
DANIEL MAJOR EDSTROM SR.
2690 Brown Bear Court
Cool, CA 95614

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: August 30, 2016                    By:    /s/ Darlene C. Vigil            _
                                                 DARLENE C. VIGIL