# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Daniel Major Edstrom, Sr. | Case No : | 16–24451 – B – 11 |
|---|---|---|---|
| | | Date : | 09/13/2016 |
| | | Time : | 02:30 |

| Matter : | [21] – Amended 7 Disclosure Statement [DME–2] (ltas) |
|---|---|

| Judge : | Christopher D. Jaime | Courtroom Deputy : | Danielle Mobley |
|---|---|---|---|
| Department : | B | Reporter : | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
  Debtor – Daniel Major Edstrom Sr.
**Respondent(s) :**
(by phone)  Creditor's Attorney – Darlene Vigil

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

The disclosure statement by Debtor is ORDERED DENIED. The objection by Creditor U.S. Bank National Association is ORDERED SUSTAINED.

**Dated:** September 14, 2016

Christopher D. Jaime, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Daniel Major Edstrom Sr.
2690 Brown Bear Ct
Cool CA 95614

Allen C. Massey
501 I St #7–500
Sacramento CA 95814

Darlene C. Vigil
20955 Pathfinder Rd #300
Diamond Bar CA 91765