UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 15 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Debtor(s): Daniel Major Edstrom Sr.    Case No. 16-24551-B-11

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

[X] **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

I request receipt of court notices and orders via email, instead of U.S. Mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program, pursuant to Bankruptcy Rule 9036.

I understand that this request is only for notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. Mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable mail), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. Mail, and I must file an updated request form if I wish to reactivate my account.

If I already have an active electronic noticing account, please deactivate my existing electronic account by creating a DeBN account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

[ ] **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

[ ] I have a new email address as indicated below.

[ ] I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

[ ] I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. Mail.

[ ] **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. Mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and agree to the terms and conditions set form therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

***Joint Debtors** who each request enrollment or already have a DeBN account **must file separate forms**.*

Signature: Daniel Major Edstrom Sr.    Date: 9-15-2016

Printed Name (and title if not debtor): _____

Email address (type or print clearly): dmedstrom@dtc-systems.com

For more information about the DeBN program, visit the Court's website at www.caeb.uscourts.gov

EDC 3-321 (Revised 4/26/16)