United States Bankruptcy Court
Eastern District of California

In re:  
Daniel Major Edstrom, Sr.  
    Debtor

Case No. 16-24451-B  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0972-2     User: ltas     Page 1 of 1     Date Rcvd: Sep 14, 2016  
                      Form ID: pdf021     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
db          +Daniel Major Edstrom, Sr.,   2690 Brown Bear Ct,   Cool, CA 95614-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty         +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Sep 15 2016 02:47:42    Allen C. Massey,  
             501 I St #7-500,   Sacramento, CA 95814-7304  
aty         +E-mail/Text: cdcaecf@bdfgroup.com Sep 15 2016 02:47:15    Darlene C. Vigil,  
             20955 Pathfinder Rd #300,   Diamond Bar, CA 91765-4029  
                                                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
NONE.                                                                     TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case Title :** | Daniel Major Edstrom, Sr. | **Case No :** | 16–24451 – B – 11 |
| | | **Date :** | 09/13/2016 |
| | | **Time :** | 02:30 |

| **Matter :** | [21] – Amended 7 Disclosure Statement [DME–2] (ltas) |

| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    Debtor – Daniel Major Edstrom Sr.
**Respondent(s) :**
(by phone)   Creditor's Attorney – Darlene Vigil

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

The disclosure statement by Debtor is ORDERED DENIED. The objection by Creditor U.S. Bank National Association is ORDERED SUSTAINED.

**Dated:** September 14, 2016

Christopher D. Jaime, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Daniel Major Edstrom Sr.
2690 Brown Bear Ct
Cool CA 95614

Allen C. Massey
501 I St #7–500
Sacramento CA 95814

Darlene C. Vigil
20955 Pathfinder Rd #300
Diamond Bar CA 91765