FORM EDC2850 Bankruptcy Appeal Transmittal Form  (v.8.14)

16–24451 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**    16–24451 – B – 11          **DCN:**    DME–2

**Debtor Name(s) and Address(es):**

Daniel Major Edstrom Sr.
2690 Brown Bear Ct
Cool, CA 95614

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Ave., Pasadena, CA 91105 ((626) 229–7225).

FROM:    U.S. Bankruptcy Court
Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Christopher D. Jaime

Date Notice of Appeal Filed:  11/22/16

Date of Entry of Order Appealed From:  11/10/16

Date Bankruptcy Case Filed:  7/8/16

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  11/22/16

Filing Fee Paid?  No

Dated:
11/22/16

For the Court,
Wayne Blackwelder , Clerk