FORM EDC3071 Certificate of Notice  (v.1.15)                                         16–24451 – B – 11

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

Case Number:   16–24451 – B – 11                                   DCN:   DME–2

Debtor Name(s) and Address(es):

Daniel Major Edstrom Sr.
2690 Brown Bear Ct
Cool, CA 95614

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on November 22, 2016, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Office of the U.S. Trustee
501 I St #7–500
Sacramento CA 95814

Allen C. Massey
Attorney for U.S. Trustee
501 I St #7–500
Sacramento CA 95814

Daniel Major Edstrom, Sr.
2690 Brown Bear Ct
Cool, CA 95614

Dated:
11/22/16

For the Court,
Wayne Blackwelder , Clerk